# Third District Court of Appeal

## State of Florida

Opinion filed August 6, 2014.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D14-826
Lower Tribunal Nos. 13-203 & 11-948
_____

**Luis A. Soro,**
Appellant,

vs.

**Jose L. Soro,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.315(a) from the Circuit Court for Miami-Dade County, Abby Cynamon, Judge.

Luis A. Soro, in proper person.

Jerome Hurtak, for appellee.

Before ROTHENBERG, LOGUE, and SCALES, JJ.

PER CURIAM.

Upon consideration of the initial brief, and finding no preliminary basis for reversal has been demonstrated, the order below is summarily affirmed pursuant to Florida Rule of Appellate Procedure 9.315(a).

Affirmed.